United States District Court
Southern District of Texas
**ENTERED**
August 01, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-16-279 |
| | § | |
| ANGELINA GAILEY | § | |
| PATRICK GAILEY | § | |

**O R D E R**

Both defendants Angelina and Patrick Gailey filed unopposed motions for a continuance, (Docket Entry Nos. 18 and 19 ). The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendants in a speedy trial. The motion for continuance is GRANTED. The docket control order is amended as follows:

| | |
|---|---|
| Motions are to be filed by: | December 16, 2016 |
| Responses are to be filed by: | December 30, 2016 |
| Pretrial conference is reset to**:** | **January 3, 2017 at 8:45 a.m.** |
| Jury trial and selection are reset to: | **January 9, 2017 at 9:00 a.m.** |

SIGNED on August 1, 2016, at Houston, Texas.

Lee H. Rosenthal
United States District Judge