United States District Court
Southern District of Texas
**ENTERED**
April 07, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES OF AMERICA

v.                                                          Cr. No. H-16-279

ANGELINA GAILEY

### ORDER

The Ex Parte Motion to Withdraw is GRANTED. The Federal Public Defender is relieved from representing Ms. Gailey. The magistrate judge will appoint substitute counsel.

SIGNED at Houston, Texas, this the 7th day of April, 2017.

_____
UNITED STATES DISTRICT JUDGE